UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMILY M. CASEY,

    Plaintiff,                                      NO: 2:23-CV-00672-SPC-KCD

v.

KRISTOFF KNAEPS, and EAN
HOLDINGS, LLC, a foreign limited
Liability company,

    Defendants.
_____/

## DEFENDANT, KRISTOF KNAEPS' SECONDARY NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES FOR RECEIPT OF SERVICE

Attorney, **Robert J. Barnett, Esquire**, files this Notice of Appearance as co-counsel of record for Defendant, KRISTOF KNAEPS, in this matter.

Defendant, KRISTOF KNAEPS, pursuant to Fla. R. Jud. Admin. 2.516, hereby designates the following email addresses for receipt of service:

**Primary Email Address: klo.service@rissman.com**

**Secondary Email Address: rjb.service@rissman.com**

Dated this 12th day of October ,2023.

                                            /s/Robert J. Barnett
                                            KARISSA L. OWENS, ESQUIRE
                                            Florida Bar No.: 0579971
                                            Email: klo.service@rissman.com
                                            ROBERT J. BARNETT, ESQUIRE
                                            Florida Bar No.: 1024873
                                            Email: rjb.service@rissman.com
                                            RISSMAN, BARRETT, HURT,
                                            DONAHUE, McLAIN & MANGAN, P.A.
                                            6451 North Federal Highway, Suite 400
                                            Fort Lauderdale, FL 33308
                                            Telephone: (954) 526-5480

              Facsimile: (954) 745-7258
              Attorneys for Defendant, Kristof Knaeps

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 12, 2023, the foregoing wsa electronically filed via CM/ECF, which will send a ture and correct copy of the same upon Gregory A. Ream, Esquire, *Counsel for Plaintiff*; C.Wade Bowden, Esquire, *Counsel for Defendant Kristof Knaeps;* at all email addresses designated by them for service.

              /s/Robert J. Barnett
              ROBERT J. BARNETT, ESQUIRE
              Florida Bar No.: 1024873
              Email: rjb.service@rissman.com
              KARISSA L. OWENS, ESQUIRE
              Florida Bar No.: 0579971
              Email: klo.service@rissman.com
              RISSMAN, BARRETT, HURT,
              DONAHUE, McLAIN & MANGAN, P.A.
              6451 North Federal Highway, Suite 400
              Fort Lauderdale, FL 33308
              Telephone: (954) 526-5480
              Facsimile: (954) 745-7258
              Attorneys for Defendant, Kristof Knaeps

KLO/RJB/tjb86