UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMILY M. CASEY,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.:　2:23-cv-672-SPC-KCD

KRISTOF KNAEPS,

    Defendant.
_____/

## ORDER

Plaintiff Emily M. Casey has been found incapacitated and no longer legally competent. (*See* Doc. 32 at 4-14 (probate court order determining total incapacity).) Thomas Casey, her guardian, now requests substitution as the named party in this case.

The record shows that Thomas Casey was recently appointed plenary guardian of Emily Casey. (Doc. 32 at 6.) Thus, Thomas Casey is the real party in interest under Rule 25(b) of the Federal Rules of Civil Procedure. Substitution is appropriate in such circumstances. Fed. R. Civ. P. 25(b); *Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co.*, 748 F.2d 602, 610 (11th Cir. 1984).

Accordingly, it is **ORDERED**:

2

The Unopposed Motion to Substitute Party (Doc. 32) is **GRANTED**, and Thomas Casey as Plenary Guardian of Emily M. Casey, shall be substituted as the named Plaintiff in this matter in place of Emily M. Casey. The Clerk is directed to take all steps necessary to effectuate the substitution of party on the docket.

**ENTERED** in Fort Myers, Florida on August 12, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record